## KIPFER ET AL. *v.* POLSON.

[No. 9,826.   Filed April 24, 1919.]

APPEAL.—*Presenting Questions for Review.—Evidence Not in Record.*—Where each of the questions presented for review on appeal requires for its determination a consideration of all the evidence, and the bill of exceptions affirmatively shows that the evidence is not all in the record, the judgment of the trial court is conclusive.

From Marshall Circuit Court; *Smith N. Stevens,* Judge.

Action between Edward W. Polson and James E. Kipfer and another.   From the judgment rendered, the latter appeal.   *Affirmed.*

*Hess & Hess* and *Charles Killison,* for appellants.
*H. A. Logan* and *Lauer & Kitch,* for appellee.

REMY, J.—Each of the questions properly presented by this appeal would require for its determination a consideration of all the evidence.   The bill of exceptions affirmatively shows that the evidence is not all in the record.   Under such circumstances the judgment of the trial court is conclusive, and on the authority of *Thorne* v. *Indianapolis Abattoir Co.* (1899), 152 Ind. 317, 52 N. E. 147, the judgment in this case is affirmed.